# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| Tavaris Fluellen, Kristi Kutzke And Lorinda Payne, | CASE NO: 3:17-cv-01343-HLA-JBT |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT** |
| Diversified Consultants, Inc., | |
| Defendant. | |
| _____/ | |

Now come Plaintiffs, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiffs expect to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date: October 10, 2018                By: /s/ *H. Karen Gatto*

*Of Counsel*
H. Karen Gatto, Esq. (FL Bar No.: 0190527)
HYSLIP & TAYLOR, LLC, LPA
8270 Woodland Center Blvd.
Tampa, FL 33614
Phone: 800-675-5507
Email: Kgatto@gattolaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2018, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiffs' Counsel upon the following:

Ashley N. Rector, Esq.
SESSIONS, FISHMAN,
NATHAN & ISRAEL, LLC
3350 Buschwood Park Dr.
Suite 195
Tampa, FL  33618

*Counsel for Defendant*

                                                  s/ H. Karen Gatto