## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

TAVARIS FLUELLEN,
KRISTI KUTZKE and
LORINDA PAYNE,

        Plaintiffs,

                                             Case No.: 3:17-cv-01343-HLA-JBT

v.

DIVERSIFIED CONSULTANTS, INC.,

        Defendant.

_____/

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

        COMES now plaintiffs, Tavaris Fluellen (Fluellen) and Kristi Kutzke (Kutzke) Lorinda Payne (Payne) (collectively plaintiffs), and defendant, Diversified Consultants, Inc. (DCI), by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiffs' claims against DCI, has been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees except as provided in the Settlement Agreement and Release of Liability between Payne and DCI.

        Dated this 7th day of December 2018.

*/s/ H. Karen Gatto*                        */s/ Ashley N. Wydro*

H. Karen Gatto, Esq.                  Ashley N. Wydro, Esq.

Florida Bar No. 0190527              Florida Bar No. 0106605

HYSLIP & TAYLOR, LLC, LPA      Sessions, Fishman, Nathan & Israel, L.L.C.

8270 Woodland Center Blvd.      3350 Buschwood Park Drive, Suite 195

Tampa, FL 33614                    Tampa, FL 33618

Telephone: 800-675-5507           Telephone:   (813) 440-5357

Kgatto@gattolaw.com              Facsimile:   (866) 466-3140

*Counsel for Plaintiffs*             awydro@sessions.legal

*Attorneys for Defendant,*
*Diversified Consultants, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 7th day of December 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiffs' counsel as described below. Parties may access this filing through the Court's system.

H. Karen Gatto, Esq.
Florida Bar No. 0190527
HYSLIP & TAYLOR, LLC, LPA
8270 Woodland Center Blvd.
Tampa, FL 33614

*/s/ Ashley N. Wydro*
Attorney