UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TAVARIS FLUELLEN, KRISTI KUTZKE**
and **LORINDA PAYNE**,

    Plaintiffs,

v.                                          CASE NO. 3:17-cv-1343-J-25JBT

**DIVERSIFIED CONSULTANTS, INC.,**

    Defendant.
_____/

**O R D E R**

    Pursuant to the Joint Stipulation for Voluntary Dismissal with Prejudice (Dkt. 19), it is

    **ORDERED** that this action is **DISMISSED with prejudice**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 10th day of December, 2018.

                                                    HENRY LEE ADAMS, JR.
                                                    United States District Judge

Copies to:  Counsel of Record